

AO 44 (Rev. 5/85) Third Party Summons in a Civil Action

# United States District Court

Northern      District of      Georgia
Atlanta           Division

Weis-Buy Services, Inc. and Tom Lange
Company, Inc., et al.

**THIRD PARTY SUMMONS IN A
CIVIL CASE**

PLAINTIFF

CASE NUMBER:     1:02CV2039-TWT

V. DEFENDANT AND THIRD PARTY PLAINTIFF

John Manning Co., Inc.

V. THIRD PARTY DEFENDANT

National Produce Distributors, Inc., et al.

To: Name and address of Third Party Defendant
 National Produce Distributors, Inc.
c/o Stephanie Jordan
526 Evergreen Way
Stockbridge, Georgia 30281


YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

See attached list

DEFENDANT AND THIRD-PARTY PLAINTIFF'S
ATTORNEY (name and address)
John A. Howard, Esq.
Burr & Forman LLP
600 W. Peachtree Street
Suite 1200
Atlanta, Georgia 30308
(404) 815-3000

an answer to the third-party complaint which is herewith served upon you within    20      days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.


LUTHER D. THOMAS

JUN 0 2 2003

CLERK

J. Dingy

(By) DEPUTY CLERK

DATE

J51130

200

PLAINTIFFS' ATTORNEYS:

David A. Adelman, Esq.
Keaton & Associates
1278 W. Northwest Highway
Suite 903
Palatine, IL 60067

J. Christopher Simpson, Esq.
James Martin, Esq.
Simpson Law Offices, LLP
550 Pharr Road, Suite 410
Atlanta, GA 30305

**Attorneys for Weis-Buy, et al.**

Lawrence H. Meuers, Esq.
Katy L. Koestner, Esq.
Meuers Law Firm, P.L.
5395 Park Central Court
Naples, Florida 34109

Jeremy A. Moulton, Esq.
Moulton & Massey, LLC
925 Railroad Street
Conyers, GA 30012

**Attorneys for Tom Lange, et al.**

151192

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant.  Place where served: _____

_____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service of Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                       Signature of Server

                                  _____
                                    Address of Server

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

151130



AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# United States District Court

Northern      District of      Georgia
Atlanta      Division

Weis-Buy Services, Inc. and Tom Lange
Company, Inc., et al.

**THIRD PARTY SUMMONS IN A
CIVIL CASE**

PLAINTIFF

CASE NUMBER:     1:02CV2039-TWT

V. DEFENDANT AND THIRD PARTY PLAINTIFF

John Manning Co., Inc.

V. THIRD PARTY DEFENDANT

Win Fun Food Corporation a/k/a Win Fun Produce , et al.

To: Name and address of Third Party Defendant
Win Fun Food Corporation a/k/a Win Fun Produce
c/o Yun Qin Li
36 Enterprise Boulevard SW
Atlanta, Georgia 30336

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| See attached list | John A. Howard, Esq.<br>Burr & Forman LLP<br>600 W. Peachtree Street<br>Suite 1200<br>Atlanta, Georgia 30308<br>(404) 815-3000 |

an answer to the third-party complaint which is herewith served upon you within    20      days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

LUTHER D. THOMAS

JUN 0 2 2003

CLERK

(By) DEPUTY CLERK

DATE

151169

200

PLAINTIFFS' ATTORNEYS:

David A. Adelman, Esq.
Keaton & Associates
1278 W. Northwest Highway
Suite 903
Palatine, IL 60067

J. Christopher Simpson, Esq.
James Martin, Esq.
Simpson Law Offices, LLP
550 Pharr Road, Suite 410
Atlanta, GA 30305

**Attorneys for Weis-Buy, et al.**

Lawrence H. Meuers, Esq.
Katy L. Koestner, Esq.
Meuers Law Firm, P.L.
5395 Park Central Court
Naples, Florida 34109

Jeremy A. Moulton, Esq.
Moulton & Massey, LLC
925 Railroad Street
Conyers, GA 30012

**Attorneys for Tom Lange, et al.**

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me [1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant.  Place where served: _____

_____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____
_____

☐ Other (specify): _____

_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service of Statement of Service Fees is true and correct.

Executed on _____     _____
　　　　　　　　　Date　　　　　　　Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

151169